IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| DERHIM SALEH, doing business as Danny's Grocery, and WISAM ANAAM, doing business as Danny's Grocery | * * * * * | |
| Plaintiffs/Counter Defendants | * * | NO: 3:11CV00033  SWW |
| V. | * * | |
| DEPARTMENT OF AGRICULTURE | * * * | |
| Defendant/Counter Claimant | * | |

## ORDER

Plaintiffs filed this action against the United States Department of Agriculture, seeking judicial review of a decision disqualifying Plaintiffs from participation in the Supplemental Nutrition Assistance Program ("SNAP").  The Clerk's Office has alerted the Court to ambiguities regarding the identity of the plaintiffs and counter defendants.  The caption of the complaint names plaintiffs "Danny's Grocery, Derhim Saleh Wisam Anaam," but the body of the pleading refers to "Derhim Saleh and Wisam Annam *d/b/a* Danny's Grocery." [1]  Furthermore, the counterclaim names "Danny's Grocery, Derhim Saleh and Wisam Annam" as counter defendants.

---

[1] The electronic docket lists the plaintiffs as "Derhim Saleh, doing business as Danny's Grocery and Winsam Anaam, doing business as Danny's Grocery."

It is necessary that the parties are correctly and consistently identified. Because the regulations at issue disqualify an owner or operator of a retail food store from participation in SNAP, it appears that the plaintiffs and the counter defendants are properly identified as "Derhim Saleh, doing business as Danny's Grocery, and Wisam Anaam, doing business as Danny's Grocery." Unless a party objects, the Court will instruct the Clerk of the Court to terminate Danny's Grocery as a separate counter defendant and list the counter defendants as Derhim Saleh, doing business as Danny's Grocery, and Wisam Anaam, doing business as Danny's Grocery.

The parties have five (5) days from the entry date of this order in which to file objections to the proposed corrections.

IT IS SO ORDERED THIS 9TH   DAY OF SEPTEMBER, 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE