## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

DERHIM SALEH, doing business as    *
Danny's Grocery, and WISAM    *
ANAAM, doing business as Danny's    *
Grocery    *
   *
      Plaintiffs/Counter Defendants    *       NO: 3:11CV00033   SWW
   *
V.    *
   *
DEPARTMENT OF AGRICULTURE    *
   *
   *
      Defendant/Counter Claimant    *

## <u>ORDER</u>

Before the Court is a joint stipulation of dismissal signed by all parties who have

appeared in this case, stipulating that this action be dismissed without prejudice as to the

complaint (docket entry #1) and the counterclaim (docket entry #2).  Pursuant to Rule

41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action is hereby DISMISSED, IN

ITS ENTIRETY, WITHOUT PREJUDICE.

IT IS SO ORDERED THIS 17TH DAY OF OCTOBER, 2011.

<u>/s/Susan Webber Wright</u>

UNITED STATES DISTRICT JUDGE